### TRISTRATA TECHNOLOGY, INC., Plaintiff–Appellee,

v.

### ICN PHARMACEUTICALS, INC., Defendant–Appellant.

No. 04–1388.

United States Court of Appeals, Federal Circuit.

June 8, 2004.

Raymond A. Kurz, Principal Attorney, Hogan & Hartson, Washington, DC, for Defendant–Appellant.

Michael O. Warnecke, Principal Attorney, Mayer, Brown, Chicago, IL, for Plaintiff–Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

### SAFESEC CORPORATION and Tomsed Corporation, Plaintiffs–Appellants,

v.

### BOON EDAM, INC., Defendant– Cross Appellant.

No. 04–1367, 04–1393.

United States Court of Appeals, Federal Circuit.

June 8, 2004.

Sid Leach, Principal Attorney, Snell & Wilmer, Phoenix, AZ, for Defendant–Cross Appellant.

David Lee Hoffman, Principal Attorney, Valencia, CA, for Plaintiffs–Appellants.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).